IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAWRENCE J. SWIFT
ADC # 111527                                                              PLAINTIFF

v.                         No. 3:23-cv-253-DPM

DOE, ADC, Grimes Unit                                                    DEFENDANT

## ORDER

1. Swift hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*. He must do one or the other by 29 January 2024. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Swift an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Swift will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 December 2023