## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LAWRENCE J. SWIFT**
**ADC #111527**                                                          **PLAINTIFF**

**v.**                              **No. 3:23-cv-253-DPM**

**DOE, ADC, Grimes Unit and Staff**                        **DEFENDANT**

### ORDER

Swift's claims concern a disciplinary received while incarcerated. The Court directs the Clerk to reclassify this case as a 555 prisoner civil rights case for internal housekeeping purposes.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

31 January 2024