IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAWRENCE J. SWIFT                                                    PLAINTIFF
ADC #111527

v.                                     No. 3:23-cv-253-DPM

DOE, ADC, Grimes Unit and Staff
and CLINT BAKER, Captain,
Grimes Unit, ADC                                                    DEFENDANTS

## ORDER

Recommendation, *Doc. 14*, adopted.   Fed. R. Civ. P. 72(b)
(1983 addition to advisory committee notes).   The Court received and
reviewed the signed and notarized version of Swift's affidavit, *Doc. 15*.
He filed an unsigned version before the recommendation. *Doc. 12.* And
Magistrate Judge Moore considered it. *Doc. 14 at 10-11.* To the extent
this affidavit is an implied objection, the Court considered it and adopts
the Magistrate Judge's careful recommendation after *de novo* review.
Fed. R. Civ. P. 72(b)(3).   Any *in forma pauperis* appeal would not be taken
in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2024