IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAWRENCE J. SWIFT
ADC #111527                                                                                   PLAINTIFF

v.                                    No. 3:23-cv-253-DPM

DOE, ADC, Grimes Unit and Staff
and CLINT BAKER, Captain,
Grimes Unit, ADC                                                                              DEFENDANTS

## JUDGMENT

Swift's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2024